IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **US BANCORP EQUIPMENT FINANCE, INC.**, as successor-in-interest to **FIRSTAR EQUIPMENT FINANCE**,<br>            **Plaintiff**<br><br>    v.<br><br>**EDWARD H. BROTHERS, JR., THERESA I. BROTHERS** and **BROTHERS LEASING CO., INC.**,<br><br>            **Defendants** | : CIVIL ACTION NO. 1:03-CV-1900<br>:<br>: (Judge Conner)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this 31st day of July, 2006, upon consideration of the unopposed motion for judgment (Doc. 13), in which plaintiff requests, *inter alia*, $18,145.93 in attorney's fees and costs, and the court finding that it is unable to determine the reasonableness of the attorney's fees and costs requested,[1] see Interfaith Cmty. Org. v. Honeywell, 426 F.3d 694, 708 (3d Cir. 2005) ("[T]o determine the prevailing market rates in the relevant community, a court must assess the experience and skill of the . . . attorneys and compare their rates to the rates prevailing in the community for similar services by lawyers of reasonably comparable skill, experience, and reputation."); see also Motion for Attorney Fees and Costs and Exhibits 1-5, Robinson v. Pa. State Corr. Officers Ass'n, No. 02-CV-1124 (M.D. Pa.

---

[1] Plaintiff's declaration includes only a total amount for attorney's fees and costs, without specifying the amount or nature of the costs or the rate and number of hours used to calculate attorney's fees. (See Doc. 14 ¶ 24.)

Dec. 7, 2005) (Doc. 107); <u>In re Rite Aid Corp. Sec. Litig.</u>, 396 F.3d 294, 301-02, 305 (3d Cir. 2005) (stating that courts are to conduct "robust" analysis of reasonableness of proffered fees in light of geographic area, nature of services provided, and experience of attorneys), it is hereby ORDERED that:

1. Counsel for plaintiff shall file, on or before August 18, 2006, supplemental documentation relevant to a determination of the reasonableness of the fees and costs requested; to wit, affidavits setting forth counsel's skills and experiences, and the rates prevailing in this community for similar services by lawyers of reasonably comparable skill, experience, and reputation.

2. Plaintiff shall serve a copy of this order, the motion for judgment (Doc. 13) and declaration in support thereof (Doc. 14) on defendants, and file proof thereof on or before August 11, 2006.

3. Defendants shall be permitted to file, on or before September 1, 2006, a response to the amounts requested by plaintiff.  (<u>See</u> Doc. 14 ¶ 24.)

4. Plaintiff shall be permitted to file, on or before September 15, 2006, a reply to any such response.

   <u>/s/ Christopher C. Conner</u>
CHRISTOPHER C. CONNER
United States District Judge