# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **US BANCORP EQUIPMENT FINANCE, INC.,** as successor-in-interest to **FIRSTAR EQUIPMENT FINANCE,** | : CIVIL ACTION NO. 1:03-CV-1900 :  : (Judge Conner) : |
| **Plaintiff** | : : |
| v. | : : |
| **EDWARD H. BROTHERS, JR., THERESA I. BROTHERS** and **BROTHERS LEASING CO., INC.,** | : : : : |
| **Defendants** | : |

## ORDER

AND NOW, this 31st day of August, 2006, upon consideration of the document titled "Plaintiff's Withdrawal of Motion for Judgment" (Doc. 20), it is hereby ordered that the document (Doc. 20) is CONSTRUED as a motion to withdraw plaintiff's motion for judgment and is GRANTED as so construed. The motion for judgment (Doc. 13) is deemed WITHDRAWN.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge